UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DWIGHT A. CAMPBELL,

    Plaintiff,

Case No. 24-cv-10394
Hon. Matthew F. Leitman

v.

CLINTON VAZQUEZ, *et al.*,

    Defendants.

_____/

## **JUDGMENT**

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

KINIKIA ESSIX
CLERK OF COURT

By:  s/Holly A. Ryan
     Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  April 16, 2024
Detroit, Michigan

1