UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DWIGHT A. CAMPBELL,

      Plaintiff,

                                      Case No. 24-cv-10394
                                      Hon. Matthew F. Leitman

v.

CLINTON VAZQUEZ, *et al.*,

      Defendants.

_____/

**ORDER REQUIRING PLAINTIFF TO
COMPLETE AND SUBMIT SERVICE DOCUMENTS**

On February 16, 2024, *pro se* Plaintiff Dwight A. Campbell filed this action against Defendants Clinton Vazquez, the Logan Township Police Department, and the United States Marshals Service. (*See* Compl., ECF No. 1.) Campbell initially failed to pay the required filing fee or file an application to proceed *in forma pauperis*, and the Court subsequently dismissed his Complaint without prejudice. (*See* Order, ECF No. 6.) Campbell then asked the Court to re-open the case and set aside the dismissal order (*see* Mot., ECF No. 17), and the Court did so. (*See* Order, ECF No. 22.) In the order setting aside the dismissal order, the Court told Campbell that it would be issuing a separate order directing "Campbell to submit certain documents and information to the Clerk of the Court so that the United States Marshals Service [could] serve the Defendants with the Complaint." (*Id.*, PageID.61.) It then explained to him that because "[t]he Complaint cannot be served by the Marshals Service without the information

1

identified in that order, [] it [was] important that Campbell follow and comply with those instructions upon receipt of the order." (*Id.*, PageID.62-63.)

The Court issued that service-document order on December 18, 2024. (*See* Order, ECF No. 24.) That order directed Campbell to "complete and present to the Clerk's Office the following documents to effect service in this case within fourteen (14) days [...]: One (1) copy of the [C]omplaint for each defendant; Two (2) USM 285 forms for each defendant; [and] Three (3) summonses for each defendant." (*Id.*, PageID.65.)

Campbell has not provided any of the identified service documents to the Clerk's Office. Nor has he contacted the Court to ask for additional time to provide the documents. Without completed service documents, the United States Marshals Service cannot serve the Defendants with the Complaint. Accordingly, the Court hereby **ORDERS** Campbell to complete and submit the required service documents to the Clerk's Office by no later than **March 24, 2025**. If Campbell does not submit the required service documents by that date, or otherwise provide proof that he has served the Defendants with the Complaint, the Court will dismiss this action for failure to prosecute.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: February 12, 2025

2

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 12, 2025, by electronic means and/or ordinary mail.

                                        s/Holly A. Ryan  
                                        Case Manager  
                                        (313) 234-5126