UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DWIGHT A. CAMPBELL,

    Plaintiff,

v.

    Case No. 24-cv-10394

    Hon. Matthew F. Leitman

CLINTON VAZQUEZ, *et al.*,

    Defendants.
_____/

**ORDER (1) DENYING PLAINTIFF'S MOTIONS TO RE-OPEN PROCEEDINGS (ECF Nos. 37, 38, 39) AND (2) DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS ON APPEAL (ECF No. 43)**

On February 16, 2024, Plaintiff Dwight A. Campbell filed this action against Defendants Clinton Vazquez, the Logan Township Police Department, and the United States Marshals Service. (*See* Compl., ECF No. 1.) On October 8, 2025, the Court entered an order (1) dismissing Campbell's claims against the Logan Township Police Department and the United States Marshals Service and (2) transferring Campbell's claim against Vazquez to the United States District Court for the Western District of Pennsylvania. (*See* Order, ECF No. 35.)

Now pending before the Court are three motions Campbell has filed to re-open his case (*see* Mots., ECF Nos. 37, 38, 39) and an application to proceed *in forma pauperis* on appeal (*see* Application, ECF No. 43). The Court first addresses

1

the motions to re-open this case. Those motions are **DENIED**. The basis of the motions is that Campbell has provided service documents to the Clerk of the Court to effectuate service of his pleadings on the Defendants. But the Court did not dismiss any of Campbell's claims on the basis that he did not submit the required service documents. Therefore, because Campbell's motions do not address the grounds upon which his claims were dismissed or transferred, Campbell has not shown any entitlement to relief.

The Court next turns to Campbell's application to proceed *in forma pauperis* on appeal. That application is **DENIED** because an appeal cannot be taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R.App.24(a).

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: January 28, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 28, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126