UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DWIGHT A. CAMPBELL,

Plaintiff,

Case No. 24-cv-10394
Hon. Matthew F. Leitman

v.

CLINTON VAZQUEZ, *et al.*,

Defendants.

______________________________________/

# JUDGMENT

In accordance with the order entered on October 8, 2025,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's claims against the United States Marshals Service and the Logan Township Police Department are **DISMISSED**. Judgment is hereby entered in favor of those Defendants and against Plaintiff.

KINIKIA ESSIX
CLERK OF COURT

By: s/Holly A. Ryan
Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: November 19, 2026
Detroit, Michigan